UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRLEY GREEN & SHANNAH ERNST )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>WINDHAM PROFESSIONALS, INC. )<br>)<br>Defendant )<br>) | Case Number: 1:14-cv-162 (MAD/CFH)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs, Shirley Green and Shannah Ernst, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above against Windham Professionals, Inc. with prejudice. Each party is responsible for their own attorney's fees.

IT IS SO ORDERED:
_____
Mae A. D'Agostino
U.S. District Judge

Dated: April 4, 2014
       Albany, NY

BY: _/s/Brent F. Vullings_
Brent F. Vullings, Esq.
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060